STATE OF NEW JERSEY v. JOSEPH DENNIS AIREY.

May 3, 1982.

Petition for certification denied.

HEINRICH WAGNER v. DANIEL G. QUACKENBUSH.

May 3, 1982.

Petition for certification denied.

PETER P. STARKEY v. STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF PENSIONS, PUBLIC EMPLOYEES RETIREMENT SYSTEM.

May 3, 1982.

Petition for certification denied. (See 183 *N.J. Super.* 1)

JOHN BENTZ v. POLICE & FIREMEN'S RETIREMENT SYSTEM.

May 3, 1982.

Petition for certification denied.